IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRY CHARLES McLANE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2788

Opinion filed January 21, 2015.

An appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

Terry Charles McLane, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Anne C. Conley, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.